UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TUCKER,

                    Plaintiff,

          -against-                                    26-cv-1106 (ALC)

JULIE PRODUCTS INC.                                    ORDER

                    Defendant.

ANDREW L. CARTER, JR., United States District Judge:

          Defendant's answer was due May 27, 2026. Defendants have until June 2, 2026 to answer

otherwise they risk default judgment being entered in favor of Plaintiff.

SO ORDERED.

Dated:   May 28, 2026

          New York, New York                           ANDREW L. CARTER, JR.
                                                       United States District Judge